IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No.: 05-2120-MI V MCCALLA/VESCOVO |
| TONYA W. KELLY, ) ) | |
| Defendant. ) | |

## ORDER

It appearing to this Court that the Defendant, Tonya Kelly, has moved for an extension of time within which to answer or otherwise respond to the Plaintiff's complaint, and that the Plaintiff does not oppose this motion, it is hereby

ORDERED that the Defendant shall have up to and including June 6, 2005 to answer or otherwise respond to the Plaintiff's complaint.

ENTER this 9th day of May, 2005.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-9-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02120 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Ashley M. Barrington
WOOLF MCCLANE BRIGHT ALLEN & CARPENTER
900 Riverview Tower
900 South Gay St.
Knoxville, TN 37902

Eric L. Buchanan
LAW OFFICES OF ERIC L. BUCHANAN
Ste. 6300
5740 Uptain Rd.
Chattanooga, TN 37411--407

Tony R. Dalton
WOOLF MCCLANE BRIGHT ALLEN & CARPENTER, PLLC
900 S. Gay St.
Ste. 900
Knoxville, TN 37902--181

Honorable Jon McCalla
US DISTRICT COURT