UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

FILED BY _____ D.C.

05 AUG 23 PM 3: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) ) |
| v | ) CASE NO. 05-2120 Ml V ) |
| TONYA W. KELLY, | ) ) ) |
| Defendant. | ) |

## AGREED ORDER STAYING PROCEEDINGS

Upon joint motion and agreement of the parties and the parties having represented to the court that:

1. Plaintiff UNUM Life Insurance Company of America ("UNUM") has agreed to review Tonya Kelly's claim for long-term disability benefits on appeal; and

2. UNUM's review of defendant's claim on appeal may result in her receiving additional long-term disability insurance benefits which could affect the amount of the overpayment amount UNUM is seeking in this matter; and

3. The parties believe it would serve the interests of judicial economy to stay further proceedings in this case while UNUM reviews defendant's claim on appeal;

it is hereby ORDERED that this action is STAYED. The parties shall report to the court on or before January 13, 2006 regarding the status of UNUM's review of defendant's claim on appeal, at which point the court will determine whether to extend, modify or lift the stay.

ENTER:

_[signature]_

~~DIANE K. VESCOVO~~
UNITED STATES ~~MAGISTRATE~~ JUDGE
DATE: Aug. 23, 2005

481015.1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-24-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02120 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Tony R. Dalton
WOOLF MCCLANE BRIGHT ALLEN & CARPENTER, PLLC
900 S. Gay St.
Ste. 900
Knoxville, TN 37902--181

Eric L. Buchanan
LAW OFFICES OF ERIC L. BUCHANAN
Ste. 6300
5740 Uptain Rd.
Chattanooga, TN 37411--407

Ashley M. Barrington
WOOLF MCCLANE BRIGHT ALLEN & CARPENTER
900 Riverview Tower
900 South Gay St.
Knoxville, TN 37902

Honorable Jon McCalla
US DISTRICT COURT